1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

ANN AYLESWORTH,                                    CASE NO. 1:13-cv-00022 LJO SKO

               Plaintiff,

   v.                                              **ORDER TO FILE JOINT
                                                        SCHEDULING REPORT OR SHOW
                                                        CAUSE**

FMS INVESTMENT CORP.,

               Defendant.

_____/

      On January 8, 2013, the Court issued an Order Setting Mandatory Scheduling Conference ("Order").  The Order explicitly instructed the parties as to the preparation of a Joint Scheduling Report to be filed in advance of the scheduling conference:

> A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference, and shall be e-mailed, in WordPerfect or Word format.

      The scheduling conference is set for April 16, 2013.  The parties have failed to timely file their Joint Scheduling Report.  Accordingly, it is ORDERED that, **no later than April 11, 2013**, the parties shall file their Joint Scheduling Report or show cause why the Court should not impose sanctions under Local Rule 110 for failing to comply with an order of this Court.

IT IS SO ORDERED.

   Dated:   __April 10, 2013__                    _____/s/ Sheila K. Oberto_____
                                                        UNITED STATES MAGISTRATE JUDGE