UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN AYLESWORTH, | ) Case No.  13-CV-00022-LJO-SKO |
| | ) |
| Plaintiff, | ) ORDER ON |
| | ) STIPULATION TO DISMISS ACTION |
| vs. | ) WITHOUT PREJUDICE |
| | ) |
| FMS INVESTMENT CORP.; and DOES 1-10, inclusive | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Based on the Stipulation to Dismiss Action Without Prejudice by Plaintiff Ann Aylesworth and Defendant FMS Investment Corp., the above-captioned action is hereby dismissed without prejudice, each party to bear its own costs and attorney's fees.  The clerk is directed to close this action.  All pending dates and matters are vacated.

IT IS SO ORDERED.

Dated:  __April 10, 2013__                          __/s/ Lawrence J. O'Neill__
                                                     UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Stipulation to Dismiss Entire Action Without Prejudice

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28